# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Richard Hurley,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Commissioner of the Social Security  )<br>Administration,  )<br>  )<br>    Defendant.  ) | **ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 1:24-cv-155 |

In accordance with Supplemental Rules for Social Security 6, 7, and 8, effective December 1, 2022, it is **ORDERED** that (1) Plaintiff's brief is due by January 7, 2025; (2) the Commissioner's responsive brief is due within thirty days after service of Plaintiff's brief; and (3) Plaintiff may file a reply brief within fourteen days after service of the Commissioner's brief.

It is further **ORDERED** that, when providing citations to the record, the parties are to cite the ECF page and document numbers rather than transcript page numbers.

Dated this 8th day of November, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court